UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES R. KEYS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1801** |
| **KEITH DEVILLE, WARDEN** | **SECTION "G"(2)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Charles R. Keys for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this ___4th___ day of February, 2016.

_Nannette Jolivette Brown_
**UNITED STATES DISTRICT JUDGE**